COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Argelio R. Villarreal Saldana v. Victoria Lynn Villarreal

Appellate case number:     01-19-00424-CV

Trial court case number:   18-2100

Trial court:               438th District Court of Hays County

On October 22, 2019, we abated this appeal to the trial court to determine why the reporter's record had not been filed. On October 23, 2019, the court reporter informed this Court that appellant had not requested a reporter's record and included a CD-ROM of the trial court proceedings. Accordingly, we withdraw our October 22, 2019 abatement order and reinstate the appeal. Because the CD-ROM does not comply with the appellate rules, we **strike** the CD-ROM. *See* TEX. R. APP. P. 13.2, 34.6(a)(2).

It is so **ORDERED**.

Judge's signature: ____/s/ Sherry Radack____
                   ☒ Acting individually    ☐ Acting for the Court

Date:  __October 29, 2019____